UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Jonez Montel Merritt

            Defendant(s).

-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21-mj-02872

Defendant Jonez Montel Merritt hereby voluntarily consents to participate in the following proceeding via     ☒ videoconferencing or ☒ teleconferencing:

☒     Initial Appearance Before a Judicial Officer

☐     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐     Guilty Plea/Change of Plea Hearing

☒     Bail/Detention Hearing

☐     Conference Before a Judicial Officer - Assignment of Counsel

(During a phone call on March 18, 2021, Mr. Merritt authorized Benjamin Gold to affix his signature to this form)

*Jonez Montel Merritt*                       *Ben G*
Defendant's Signature                       Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Jonez Montel Merritt                     Benjamin Gold
Print Defendant's Name                  Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/18/21
Date                                              U.S. District Judge/U.S. Magistrate Judge